1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California  95113
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Emails: tanya@moorelawfirm.com;
   service@moorelawfirm.com
5
   Attorney for Plaintiff,
6  Gerardo Hernandez

7

8
                       UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10

11

12 | GERARDO HERNANDEZ,                ) No.  4:19-cv-07761-YGR
                                       )
13 |         Plaintiff,                ) **ORDER GRANTING**
                                       ) **STIPULATION FOR DISMISSAL OF**
14 |    vs.                            ) **ENTIRE ACTION**
                                       )
15 | MOHAMMED ALZGHOUL dba CENTRAL     )
   | GAS SAN MATEO; SE GUN LEE, Trustee of )
16 | THE SE GUN LEE AND KYUNG LEE      )
   | REVOCABLE LIVING TRUST; KYUNG     )
17 | WON LEE, Trustee of THE SE GUN LEE )
   | AND KYUNG LEE REVOCABLE LIVING    )
18 | TRUST,                            )
                                       )
19 |         Defendants.               )
                                       )
20                                     )
                                       )
21 |_____    )

22

23

24

25

26

27

28

**IT IS HEREBY STIPULATED** by and between Plaintiff Gerardo Hernandez and Defendants, Mohammed Alzghoul dba Central Gas San Mateo; Se Gun Lee, Trustee of The Se Gun Lee and Kyung Lee Revocable Living Trust; and Kyung Won Lee, Trustee of The Se Gun Lee and Kyung Lee Revocable Living Trust, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: July 9, 2020                                             MOORE LAW FIRM, P.C.

                                                                */s/ Tanya E. Moore*
                                                                Tanya E. Moore
                                                                Attorney for Plaintiff,
                                                                Gerardo Hernandez

Dated: July 9, 2020                                             VAUGHAN & ASSOCIATES

                                                                */s/ Cris C. Vaughan*
                                                                Cris C. Vaughan
                                                                Khushpreet R. Mehton
                                                                Attorneys for Defendants,
                                                                Mohammed Alzghoul dba Central Gas San Mateo; Se Gun Lee, Trustee of The Se Gun Lee and Kyung Lee Revocable Living Trust; and Kyung Won Lee, Trustee of The Se Gun Lee and Kyung Lee Revocable Living Trust

## ORDER

Pursuant to the above stipulation, this action is DISMISSED.

IT IS SO ORDERED.

Dated: July 14, 2020

                                                                _____
                                                                YVONNE GONZALEZ ROGERS
                                                                UNITED STATES DISTRICT JUDGE